| B 104 (Rev.2/92) **ADVERSARY PROCEEDING COVER SHEET** | **ADVERSARY PROCEEDING NUMBER** (Court Use Only) |
|---|---|
| **PLAINTIFFS** <br> CHARLES E. STANZIALE, Chapter 7 Trustee for the Estate of Tri-Valley Corporation, et al., and <br> JEOFFREY L. BURTCH, Chapter 7 Trustee for the Estate of TVC Opus I Drilling Program, L.P. | **DEFENDANTS** <br> Behrooz Sarafraz |
| ATTORNEYS (Firm Name, Address and Telephone No.) <br> William F. Taylor (#2936), MCCARTER & ENGLISH, 405 N. King St., 8th Floor, Wilmington, DE 19801, (302) 984-6300 <br> Mark E. Felger (#3919), COZEN O'CONNOR, 1201 North Market St, Ste. 1001,Wilmington, DE 19801, (302) 295-2087 | ATTORNEYS (If Known) |
| PARTY (Check one box only)      ☐ 1. U.S. PLAINTIFF      ☐ 2. U.S. DEFENDANT      X 3. U.S. NOT PARTY ||
| CAUSE OF ACTION (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED) Action to recover unlawful commissions paid to unregistered broker/dealer under state law, fraudulent conveyances under state law and 11 USC § 548, and distribution/ demand loan in violation of limited partnership agreement. ||

**NATURE OF SUIT**
(Check the one most appropriate box only)

| | | |
|---|---|---|
| X 454 To Recover Money or Property | ☐ 455 To revoke an order of confirmation of a Chap. 11, Chap. 12 or Chap. 13 Plan | ☐ 456 To obtain a declaratory judgment relating to any of foregoing causes of action |
| ☐ 435 To Determine Validity, Priority, Or Extent of a Lien or Other Interest in Property | ☐ 426 To determine the dischargeability of a debt 11 U.S.C. §523 | ☐ 459 To determine a claim or cause of action removed to a bankruptcy court |
| ☐ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property | ☐ 434 To obtain an injunction or other equitable relief | ☐ 498 Other (Specify) |
| ☐ 424 To object or to revoke a discharge 11 U.S.C. §727 | ☐ 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan | |

| **ORIGIN OF PROCEEDINGS** (Check one box only.) | X 1. Original Proceeding | ☐ 2.Removed Proceeding | ☐ 4. Reinstated or Reported | ☐ 5. Transferred from another Bankruptcy Court | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 |
|---|---|---|---|---|---|
| **DEMAND** | NEAREST THOUSAND <br> 19,610 | OTHER RELIEF SOUGHT ||| ☐ JURY DEMAND |

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTOR <br> Tri-Valley Corporation, et al. & TVC Opus I Drilling Program, L.P. | BANKRUPTCY CASE NO.: <br> 12-12291 (MFW) and 12-12294 (MFW) ||
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING <br> Delaware | DIVISIONAL OFFICE | NAME OF JUDGE <br> Mary F. Walrath |

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO, |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

| FILING FEE (Check one box only.) | X FEE ATTACHED | ☐ FEE NOT REQUIRED | ☐ FEE IS DEFERRED |
|---|---|---|---|
| DATE <br> 6/12/13 | PRINT NAME <br> Mark E. Felger (No.3919) | SIGNATURE OF ATTORNEY (OR PLAINTIFF) ||

LEGAL\19352856\1