**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| TRI-VALLEY CORPORATION, et al., | Case No. 12-12291 (MFW) |
| and | (Jointly Administered) |
| TVC OPUS I DRILLING PROGRAM L.P., | Chapter 7 |
| Debtors. | Case No. 12-12294 (MFW) |
| CHARLES A. STANZIALE, JR., as Chapter 7 Trustee of Tri-Valley Corporation, and JEOFFREY L. BURTCH, as Chapter 7 Trustee for the Estate of TVC OPUS I DRILLING PROGRAM L.P., Plaintiffs, v. BEHROOZ SARAFRAZ, Defendant. | Adv. Pro. No. 14-50403 (MFW) |
| CHARLES A. STANZIALE, JR., as Chapter 7 Trustee of Tri-Valley Corporation, and JEOFFREY L. BURTCH, as Chapter 7 Trustee for the Estate of TVC OPUS I DRILLING PROGRAM L.P., Plaintiffs, v. BEHROOZ SARAFRAZ, Defendant. | Adv. Pro. No. 14-50409 (MFW) |

**ORDER**

Upon consideration of the Motion to Consolidate Adversary Proceedings (the "Motion") by Plaintiffs, Charles Stanziale, Chapter 7 Trustee for Tri-Valley Corporation, and Jeoffrey L.

Burtch, Chapter 7 Trustee for the Estate of TVC Opus I Drilling Program, L.P. ("Plaintiffs" or "Trustees"), and for good cause shown,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Adversary Proceeding No. 14-50403 (MFW) and Adversary Proceeding No. 14-50409 (MFW) are hereby consolidated for all purposes. All papers will be filed under the caption for Adversary Proceeding No. 50403 (MFW).

Dated: Aug. 26, 2014

BY THE COURT:

The Hon. Mary F. Walrath
United States Bankruptcy Judge



LEGAL\19514760\1